**ROSENBERG, MUSSO & WEINER, LLP**
*Attorneys At Law*

| | |
|---|---|
| **BRUCE WEINER** <br> **ROBERT J. MUSSO** <br><br> **LOUIS P. ROSENBERG** <br> (1908-1997) <br><br> **ROBERT NADEL** | 26 COURT STREET <br> SUITE 2211 <br> BROOKLYN, N.Y. 11242 <br><br> (718) 855-6840 <br> FAX NO. (718) 625-1966 |

January 11, 2023

Clerk of the Bankruptcy Court
290 Federal Plaza
Central Islip, New York 11722
Attn: Michelle Cuzzo

        Re:    Carly Cushnie
                 **Bankruptcy Case No. 21-41279**

Dear Ms. Cuzzo:

    I am serving as the Chapter 7 Trustee in this case. Enclosed is a check in the sum of $6,251.36 representing unclaimed funds. The check was mailed to Michelle Ochs, 105 West 8th Street, Bayonne, New Jersey 07002.

    Kindly advise if you need any further information.

                                      Very truly yours,

                                      /s/ Robert J. Musso
                                      Robert J. Musso

RJM:jg
Encl.