# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

In re: CUSHNIE, CARLY § Case No. 1-21-41279-ESS
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ROBERT J. MUSSO, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $436,384.00   Assets Exempt: $609,150.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $25,213.68   Claims Discharged
Without Payment: $1,869,130.55

Total Expenses of Administration: $11,786.32

---

3) Total gross receipts of $ 37,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $37,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,198,594.59 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 11,786.32 | 11,786.32 | 11,786.32 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 326,182.51 | 1,568,161.72 | 1,568,161.72 | 25,213.68 |
| **TOTAL DISBURSEMENTS** | $1,524,777.10 | $1,579,948.04 | $1,579,948.04 | $37,000.00 |

4) This case was originally filed under Chapter 7 on May 12, 2021. The case was pending for 21 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/09/2023          By: /s/ROBERT J. MUSSO
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 294 Herkimer Street, Brooklyn, NY 11216-0000, Ki | 1110-000 | 25,000.00 |
| Jewelry | 1129-000 | 5,000.00 |
| Nutraceuticel post - social media post Debtor wi | 1129-000 | 6,000.00 |
| Mother Denim Social Media | 1229-000 | 1,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$37,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | JPMCB Home | 4110-000 | 1,198,594.59 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$1,198,594.59** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - ROBERT J. MUSSO | 2100-000 | N/A | 4,450.00 | 4,450.00 | 4,450.00 |
| Trustee Expenses - ROBERT J. MUSSO | 2200-000 | N/A | 50.00 | 50.00 | 50.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Attorney for Trustee Fees (Trustee Firm) - Rosenberg Musso & Weiner, LLP | 3110-000 | N/A | 7,000.00 | 7,000.00 | 7,000.00 |
| Other - People's United Bank | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| Other - People's United Bank | 2600-000 | N/A | 11.95 | 11.95 | 11.95 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 11.19 | 11.19 | 11.19 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 10.79 | 10.79 | 10.79 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 11.89 | 11.89 | 11.89 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 11.50 | 11.50 | 11.50 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 11.01 | 11.01 | 11.01 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 17.84 | 17.84 | 17.84 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 21.26 | 21.26 | 21.26 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 27.23 | 27.23 | 27.23 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 34.93 | 34.93 | 34.93 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 54.77 | 54.77 | 54.77 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 56.96 | 56.96 | 56.96 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$11,786.32** | **$11,786.32** | **$11,786.32** |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Express National Bank | 7100-000 | N/A | 28,693.95 | 28,693.95 | 463.21 |
| 2 | JPMorgan Chase Bank, N.A. | 7100-000 | N/A | 10,799.51 | 10,799.51 | 174.33 |
| 3 | Michelle Ochs | 7100-000 | N/A | 387,252.57 | 387,252.57 | 0.00 |
| 4 | Hilldun Corporation | 7100-000 | N/A | 1,135,164.33 | 1,135,164.33 | 18,324.78 |
| NOTFILED | Chase Freedom | 7100-000 | 53.88 | N/A | N/A | 0.00 |
| NOTFILED | American Express | 7100-000 | 14,128.63 | N/A | N/A | 0.00 |
| NOTFILED | Jpmcb Card | 7100-000 | 26.00 | N/A | N/A | 0.00 |
| NOTFILED | Jpmcb Card | 7100-000 | 3,974.00 | N/A | N/A | 0.00 |
| NOTFILED | 251 West 39th Street | 7100-000 | 308,000.00 | N/A | N/A | 0.00 |
|  | Clerk of the Bankruptcy Court | 7100-000 | N/A | 6,251.36 | 6,251.36 | 6,251.36 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $326,182.51 | $1,568,161.72 | $1,568,161.72 | $25,213.68 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 1-21-41279-ESS  
**Case Name:** CUSHNIE, CARLY

**Period Ending:** 02/09/23

**Trustee:** (520810) ROBERT J. MUSSO  
**Filed (f) or Converted (c):** 05/12/21 (f)  
**§341(a) Meeting Date:** 06/14/21  
**Claims Bar Date:** 09/13/21

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | 294 Herkimer Street, Brooklyn, NY 11216-0000, Ki  See asset #20 | 1,405,000.00 | 25,000.00 | | 25,000.00 | FA |
| 2 | Household Goods  Imported from original petition Doc# 1 | 8,000.00 | 0.00 | | 0.00 | FA |
| 3 | Electronics  Imported from original petition Doc# 1 | 2,000.00 | 0.00 | | 0.00 | FA |
| 4 | Misc. Art objects  Imported from original petition Doc# 1 | 2,500.00 | 0.00 | | 0.00 | FA |
| 5 | Clothing (approximate)  Imported from original petition Doc# 1 | 8,000.00 | 0.00 | | 0.00 | FA |
| 6 | Jewelry  Imported from original petition Doc# 1 | 10,000.00 | 5,000.00 | | 5,000.00 | FA |
| 7 | Cash  Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 8 | Checking: Chase  Imported from original petition Doc# 1 | 150.00 | 0.00 | | 0.00 | FA |
| 9 | Checking: Chase  Imported from original petition Doc# 1 | 1,434.00 | 0.00 | | 0.00 | FA |
| 10 | Savings: Chase  Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 11 | Nonpublic stock and businesses: Cushnie, LLC- Ow  Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Cushnie Holding, 7% ownership  Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 13 | IRA  Imported from original petition Doc# 1 | 39,000.00 | 0.00 | | 0.00 | FA |
| 14 | Int. in Ins. policies: Term Life Insurance  Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 15 | Unpaid Salary From Cushnie, LLC  Imported from original petition Doc# 1 | 375,000.00 | 0.00 | | 0.00 | FA |
| 16 | Collaboration agreement with Summersalt  Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 1-21-41279-ESS  **Trustee:** (520810) ROBERT J. MUSSO
**Case Name:** CUSHNIE, CARLY  **Filed (f) or Converted (c):** 05/12/21 (f)
**§341(a) Meeting Date:** 06/14/21
**Period Ending:** 02/09/23  **Claims Bar Date:** 09/13/21

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 17  Collaberation agreement with Kassatex has not ye  Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 18  Nutraceuticel post - social media post Debtor wi  Imported from original petition Doc# 1 | 0.00 | 6,000.00 | | 6,000.00 | FA |
| 19  Mother Denim Social Media  (u) | Unknown | 1,000.00 | | 1,000.00 | FA |
| 20  NULL - ENTERED IN ERROR | Unknown | 0.00 | | 0.00 | FA |
| 20  **Assets**  Totals (Excluding unknown values) | **$1,851,384.00** | **$37,000.00** | | **$37,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Rosenberg Musso Weiner retaine as general counselllll2004 eam to be scheduled

Trustee and his counsel discussed a 363(h) adversary for sale of 394 Herkimer Street, Brooklyn, New York. Decision it would not be successful - non-debtor spouse and 2 young childern.

Trustee's 9019 motion to approve a $30,000.00 settlement was granted.

**Initial Projected Date Of Final Report (TFR):**    December 31, 2021    **Current Projected Date Of Final Report (TFR):**    August 8, 2022  (Actual)

Exhibit 9

Page: 1

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 1-21-41279-ESS  
**Case Name:** CUSHNIE, CARLY

**Taxpayer ID #:** **-***4082  
**Period Ending:** 02/09/23

**Trustee:** ROBERT J. MUSSO (520810)  
**Bank Name:** People's United Bank  
**Account:** ******4426 - Checking Account  
**Blanket Bond:** $33,619,472.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/29/21 | {19} | Gregory Messer PLLC | Mother Denim Social Media Post | 1229-000 | 1,000.00 | | 1,000.00 |
| 07/29/21 | {18} | Gregory Messer PLLC | Social Media Post | 1129-000 | 6,000.00 | | 7,000.00 |
| 07/30/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 6,995.00 |
| 08/31/21 | | People's United Bank | Bank and Technology Services Fee | 2600-000 | | 11.95 | 6,983.05 |
| 09/22/21 | | TRANSFER TO DEPOSIT SYSTEM ACCOUNT ******2198 | TRANSFER TO DEPOSIT SYSTEM ACCOUNT ******2198 | 9999-000 | | 6,983.05 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 7,000.00 | 7,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 6,983.05 | |
| | | | **Subtotal** | | 7,000.00 | 16.95 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$7,000.00** | **$16.95** | |

{} Asset reference(s)            Printed: 02/09/2023 03:25 PM    V.20.50

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| Case Number: | 1-21-41279-ESS | Trustee: | ROBERT J. MUSSO (520810) | |
| Case Name: | CUSHNIE, CARLY | Bank Name: | Metropolitan Commercial Bank | |
| | | Account: | ******4441 - Checking Account | |
| Taxpayer ID #: | **-***4082 | Blanket Bond: | $33,619,472.00 (per case limit) | |
| Period Ending: | 02/09/23 | Separate Bond: | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/22/21 | | Transition Transfer Credit | Transition Transfer Credit | 9999-000 | 6,983.05 | | 6,983.05 |
| 09/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 11.19 | 6,971.86 |
| 10/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 10.79 | 6,961.07 |
| 11/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 11.89 | 6,949.18 |
| 12/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 11.50 | 6,937.68 |
| 01/28/22 | {1} | Carly Cushnie | $5,000.00 payment of $25,000.00 | 1110-000 | 5,000.00 | | 11,937.68 |
| 01/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 11.01 | 11,926.67 |
| 02/28/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 17.84 | 11,908.83 |
| 03/30/22 | {1} | Carly Cushnie | $5,000.00 payment of $25,000.00 | 1110-000 | 5,000.00 | | 16,908.83 |
| 03/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 21.26 | 16,887.57 |
| 04/25/22 | {1} | Carly Cushnie | $5,000.00 payment of $25,000.00 | 1110-000 | 5,000.00 | | 21,887.57 |
| 04/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 27.23 | 21,860.34 |
| 05/24/22 | {6} | Carly Cushnie | Selltment payment for Jewelry | 1129-000 | 5,000.00 | | 26,860.34 |
| 05/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 34.93 | 26,825.41 |
| 06/16/22 | {1} | Carly Cushnie | $10,000.00 payment of $25,000.00 | 1110-000 | 10,000.00 | | 36,825.41 |
| 06/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 54.77 | 36,770.64 |
| 07/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 56.96 | 36,713.68 |
| 10/12/22 | 10101 | ROBERT J. MUSSO | Dividend paid 100.00% on $50.00, Trustee Expenses; Reference: | 2200-000 | | 50.00 | 36,663.68 |
| 10/12/22 | 10102 | ROBERT J. MUSSO | Dividend paid 100.00% on $4,450.00, Trustee Compensation; Reference: | 2100-000 | | 4,450.00 | 32,213.68 |
| 10/12/22 | 10103 | Rosenberg Musso & Weiner, LLP | Dividend paid 100.00% on $7,000.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 7,000.00 | 25,213.68 |
| 10/12/22 | 10104 | American Express National Bank | Dividend paid 1.61% on $28,693.95; Claim# 1; Filed: $28,693.95; Reference: | 7100-000 | | 463.21 | 24,750.47 |
| 10/12/22 | 10105 | JPMorgan Chase Bank, N.A. | Dividend paid 1.61% on $10,799.51; Claim# 2; Filed: $10,799.51; Reference: | 7100-000 | | 174.33 | 24,576.14 |
| 10/12/22 | 10106 | Michelle Ochs | Dividend paid 1.61% on $387,252.57; Claim# 3; Filed: $387,252.57; Reference: Stopped on 01/11/23 | 7100-000 | | 6,251.36 | 18,324.78 |
| 10/12/22 | 10107 | Hilldun Corporation | Dividend paid 1.61% on $1,135,164.33; Claim# 4; Filed: $1,135,164.33; Reference: | 7100-000 | | 18,324.78 | 0.00 |
| 01/11/23 | 10106 | Michelle Ochs | Dividend paid 1.61% on $387,252.57; Claim# 3; Filed: $387,252.57; Reference: Stopped: check issued on 10/12/22 | 7100-000 | | -6,251.36 | 6,251.36 |
| 01/11/23 | 10108 | Clerk of the Bankruptcy Court | Unclaimed Funds | 7100-000 | | 6,251.36 | 0.00 |

Subtotals :  $36,983.05   $36,983.05

{} Asset reference(s)   Printed: 02/09/2023 03:25 PM   V.20.50

Exhibit 9

Page: 3

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 1-21-41279-ESS  
**Case Name:** CUSHNIE, CARLY  

**Taxpayer ID #:** **-***4082  
**Period Ending:** 02/09/23

**Trustee:** ROBERT J. MUSSO (520810)  
**Bank Name:** Metropolitan Commercial Bank  
**Account:** ******4441 - Checking Account  
**Blanket Bond:** $33,619,472.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 36,983.05 | 36,983.05 | $0.00 |
| | | | Less: Bank Transfers | | 6,983.05 | 0.00 | |
| | | | **Subtotal** | | 30,000.00 | 36,983.05 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $30,000.00 | $36,983.05 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******4426** | 7,000.00 | 16.95 | 0.00 |
| **Checking # ******4441** | 30,000.00 | 36,983.05 | 0.00 |
| | $37,000.00 | $37,000.00 | $0.00 |