| Fill in this Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Carly | Cushnie |
| | First Name  Middle Name | Last Name |
| Debtor 2 | | |
| (Spouse, if filing) First Name  Middle Name | | Last Name |

United States Bankruptcy Court for the: Eastern District of New York

Case number: 21-41279

CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

2023 MAR 16  A 10: 23

RECEIVED/MR

### Form 1340 (12/19)

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $6,251.36 |
|---|---|
| Claimant's Name: | Michelle Ochs |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 84 Terhune Road<br>Clark, NJ 07066 |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

- [x] Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.
- [ ] Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.
- [ ] Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).
- [ ] Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation *(Check statement that applies)*

- [x] Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

### 4. Notice to United States Attorney *(Check statement that applies)*

[X] Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
Eastern District of New York
271-A Cadman Plaza East
Brooklyn, NY 11201

### 5. Applicant Declaration

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 3/10/2023

Signature of Applicant

Printed Name of Applicant: Michelle Ochs

Address: 84 Terhune Road
Clark, NJ 07066

Telephone: 917-775-4409

Email: ochsmichelle@gmail.com

### 5. Co-Applicant Declaration (if applicable)

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date:

Signature of Co-Applicant (if applicable)

Printed Name of Co-Applicant (if applicable)

Address:

Telephone:

Email:

### 6. Notarization

STATE OF NJ

COUNTY OF Union

This Application for Unclaimed Funds, dated 03/10/2023 was subscribed and sworn to before me this 16th day of March, 20 23 by Michelle Ochs who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to within the instrument. WITNESS my hand and official seal.

(SEAL) Notary Public _____

My commission expires: 1/28/2025

### 6. Notarization

STATE OF

COUNTY OF

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ___ day of _____, 20 ___ by _____ who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to within the instrument. WITNESS my hand and official seal.

(SEAL) Notary Public _____

My commission expires: