| Information to identify the case: | | |
|---|---|---|
| Debtor | Carly Cushnie | EIN: _ _–_ _ _ _ _ _ _ |
| | Name | |
| United States Bankruptcy Court Eastern District of New York | | Date case filed for chapter: 7  5/12/21 |
| Case number: 1–21–41279–ess | | |

# NOTICE OF DEFICIENCY – APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

**NOTICE IS HEREBY GIVEN THAT:**

The Application for Payment of Unclaimed Funds submitted on March 16, 2023 has the following deficiencies:

- ☐ Application
- ☐ Certificate of Service
- ☑ Supporting Documentation
- ☐ Payee Form (AO 213P)

**EXPLANATION:**

Proof of Prior Address – Not Provided

All deficiencies must be cured within 30 days of the date of this Notice or the Application for Payment of Unclaimed Funds may be denied.

Dated: March 17, 2023

For the Court, Robert A. Gavin, Jr., Clerk of Court

**ntcdefunclfun.jsp** [Notice of Deficiency – Application for Payment of Unclaimed Funds rev. 10/29/19]