UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------- X
In re:

                                            Chapter 7

CARLY CUSHNIE,                        Case No. 21-41279-ess

                          Debtor(s).
------------------------------------------------------- X

## ORDER AUTHORIZING CLERK TO ISSUE UNCLAIMED FUNDS

WHEREAS, on March 16, 2023, an application was filed for the Claimant, Michelle Ochs, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $6,251.36 held in unclaimed funds be made payable to Michelle Ochs and be disbursed to the payee at the following address: 84 Terhune Road, Clark, NJ 07066.

The clerk will disburse these funds not earlier than 14 days after the entry of this order.



Dated: Brooklyn, New York
      April 25, 2023

_____
Elizabeth S. Stong
United States Bankruptcy Judge